UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 I.B.E.W. HEALTH AND WELFARE TRUST FUND; LOCAL 191 I.B.E.W. MONEY PURCHASE PENSION TRUST; NORTHWEST WASHINGTON ELECTRICAL INDUSTRY JOINT APPRENTICESHIP & TRAINING TRUST and I.B.E.W. DISTRICT NO. 9 PENSION PLAN,<br><br>Plaintiffs,<br>v.<br><br>OP ELECTRIC LLC, a Washington limited liability company, Contractor's License No. OPELEEL828QB, UBI NO. 604 309 923 and AMERICAN CONTRACTORS INDEMNITY COMPANY, Bond No. 100593831,<br><br>Defendants. | NO. 2:23-cv-01006-JHC<br><br>ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT AMERICAN CONTRACTORS INDEMNITY COMPANY WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY |

In accordance with the Stipulated Motion for Voluntary Dismissal of Defendant American Contractors Indemnity Company, Dkt. # 19, it is hereby ORDERED, ADJUDGED AND DECREED that Defendant American Contractors Indemnity Company is dismissed with prejudice and without costs or fees to any party.

ORDER OF VOLUNTARY DISMISSAL
OF DEFENDANT – 1

DATED this 23rd day of January, 2024.

*John H. Chun*

JOHN H. CHUN
U.S. District Judge

ORDER OF VOLUNTARY DISMISSAL
OF DEFENDANT – 2